# LAW OFFICES OF MICHAEL S. LAMONSOFF, PLLC


Michael S. Lamonsoff, Esq.○⌂
Seth J. MacArthur, Esq.○
Michael C. O'Malley, Esq. ○⌂^
Joseph E. Gorczyca, Esq.○⌂
Darren T. Moore, Esq. ○⌂
Joshua Versoza, Esq.
Stacey Haskel, Esq.*

Also Admitted in
○E.D.N.Y.
⌂S.D.N.Y
◊ NJ Federal Court
*Also admitted in New Jersey
^Also admitted in Massachusetts

Jessica Massimi, Esq.○⌂
Jonathan Wachlarz, Esq. ○⌂
Jeffrey Bloomfield, Esq. ○⌂
Crystal Abreu, Esq.
Anthony Sears, Esq.
Maya Kogan, Esq. ◊
Robert E. Borrero, Esq. ⌂

ALL CORRESPONDENCE TO NEW YORK OFFICE

www.msllegal.com


June 18, 2018

**<u>BY ECF</u>**
Honorable Sanket J. Bulsara
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: <u>Shamar Daley v. The City of New York, et al.</u>,**
**16 CV 5983 (RRM)(SJB)**

Your Honor:

This firm represents the Plaintiff, Shamar Daley, in this matter. This letter is respectfully submitted to advise the Court that the parties have reached a settlement in principle of $33,000.00 for Plaintiff's excessive force claim only. Plaintiff will be filing a separate stipulation of withdrawl for all other claims alleged in this case. The parties thank the Court for its time.

Respectfully submitted,

/s/

JESSICA MASSIMI (JM-2920)